1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | ROCHELLE C. EAST
Senior Assistant Attorney General
4 | JONATHAN L. WOLFF
Supervising Deputy Attorney General
5 | JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
7 |   Telephone: (415) 703-5781
  Fax: (415) 703-5843
8 |   Email: Jose.ZelidonZepeda@doj.ca.gov

9 | Attorneys for Defendant T. Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAMES NATHANIEL TUCKER, | C 06-2727 VRW |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT T. JONES' MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |
| v. | |
| EDWARD S. ALAMEIDA, JR. et al., | |
| Defendants. | Judge:   The Honorable Vaughn R. Walker |

TO THE HONORABLE VAUGHN R. WALKER:

Under Local Rule 7-12, the parties to this action stipulate to extend the due date for Defendant T. Jones' motion for summary judgment by 21 days. Defendant T. Jones' motion for summary judgment is now due September 16, 2008. Plaintiff shall file an opposition, or notice

///

///

Stip. & [Proposed] Order Extending Time for Def.'s Mot. Summ. J.     J. Tucker v. E. Alameida, et al.
C 06-2727 VRW

1

of non-opposition, within 30 days after receiving a copy of Defendant's motion, and Defendant shall file a reply to any opposition within 15 days of receipt of the opposition.

IT IS SO STIPULATED.

Dated: 8-22-08   For Plaintiff James Nathaniel Tucker:

*James Nathaniel Tucker*

Dated: 8/22/08   For Defendant T. Jones:

*Jose A. Zelidon-Zepeda, Deputy Attorney General*

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 8/28/08

THE HONORABLE VAUGHN R. WALKER
United States District Chief Judge

**GRANTED**
Judge Vaughn R Walker

20134476.wpd
SF2007200593

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *J. Tucker v. E. Alameida, et al.*

No.:   U. S. D. C., N. D.,   San Francisco Div., C 06-2727 VRW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 22, 2008</u>, I served the attached

### STIPULATION EXTENDING TIME FOR DEFENDANT T. JONES' MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**James Nathaniel Tucker, E-98704**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532-7500**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 22, 2008, at San Francisco, California.

|  |  |
|---|---|
| J. Baker | /s/ Baker |
| Declarant | Signature |

20134807.wpd