IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NATHANIEL TUCKER, ) </br> ) </br> Plaintiff(s), ) </br> ) </br> v. ) </br> ) </br> EDWARD S ALAMEIDA, JR, et al, ) </br> ) </br> Defendant(s). ) </br> ) | No C 06-2727 VRW (PR) </br></br> ORDER |

     Plaintiff requests the court's assistance in securing a declaration or live testimony from two prisoner witnesses to the incident at issue in this excessive force case. He notes that the California Department of Corrections and Rehabilitation (CDCR) generally prohibits correspondence between inmates.

     In the interest of justice, the court requests that CDCR permit plaintiff to secure a declaration from each of the two prisoners who plaintiff contends witnessed the incident at issue and directs the state attorney general's office facilitate the process. The declarations should be signed under penalty of perjury and filed with plaintiff's opposition to the remaining defendant's motion for summary judgment.

     SO ORDERED.

                                        VAUGHN R WALKER </br>
                                        United States District Chief Judge

G:\PRO-SE\VRW\CR.06\Tucker2.or5.wpd